■ In the Matter of EMPLOYERS CLAIM CONTROL SERVICE CORPORATION, Respondent, v. WORKMEN'S COMPENSATION BOARD OF THE STATE OF NEW YORK, Appellant.— Judgment, Supreme Court, New York County, entered on January 23, 1973, *inter alia,* annulling respondent-appellant's prior determination refusing to grant a license to petitioner to represent self-insurers, unanimously reversed, on the law, and vacated, and the petition dismissed for the reasons set forth in *Matter of Consolidated Claims* v. *Workmen's Compensation Bd. of State of N. Y.* (43 A D 514), decided simultaneously herewith. Appellant shall recover of respondent $60 costs and disbursements of this appeal. Concur — Stevens, P. J., Nunez, Kupferman, Murphy and Lane, JJ.